**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                       :   **INDICTMENT**

SAMY BATISTA,                     :   13 Cr. ___
    a/k/a "BonBon,"
        Defendant.            :

- - - - - - - - - - - - - - - - - - x



**14 CRIM 005**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **JAN 06 2014**

## COUNT ONE

(Narcotics Conspiracy)

The Grand Jury charges:

1. From at least in or about November 2013, up to and including on or about November 6, 2013, in the Southern District of New York and elsewhere, SAMY BATISTA, a/k/a "BonBon," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that SAMY BATISTA, a/k/a "BonBon," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance involved in the offense was five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

<u>FORFEITURE ALLEGATION</u>

4. As a result of committing the controlled substance offense charged in Count One of this Indictment, SAMY BATISTA, a/k/a "BonBon," the defendant, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said violation, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation.

<u>Substitute Asset Provision</u>

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 21, United States Code,
    Sections 841(a)(1), 846, and 853.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SAMY BATISTA,
a/k/a "BonBon,"

Defendant.

INDICTMENT

13 Cr.

(21 U.S.C. § 846.)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

1/6/14  Filed Indictment
Juge Verburn