

LAW OFFICES OF

# *Jorge Guttlein & Associates, P.C.*

| | | |
|---|---|---|
| **MAIN OFFICE**<br>291 Broadway, Suite 1500<br>New York, NY 10007 | | **BRONX OFFICE**<br>349 East 149th Street, Suite 412<br>Bronx, NY 10451 |
| | Email: info@jorgeguttlein.com<br>Tel.: (212) 608-3188   Fax: (212) 385-0231 | |
| Jorge Guttlein, Esq.<br>Erica Rodriguez, Esq.<br>Karen Fernandez, Esq.*<br>Juan Carlos Guttlein, Esq. | | Julian Ant. Gallardo M.**<br>Lawyers, Notaries & Consultants<br>(Of Counsel)<br>**admitted in Dominican Rep. |
| *admitted in N.J. & PA | | Thomas E. Moseley, Esq.***<br>(Of Counsel)<br>***admitted in N.J. & N.Y. |

March 31, 2014

**BY ECF**
Honorable Judge Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

            Re: <u>United States v. Samy Batista</u>
               Docket No. 14-cr-00005

Dear Judge Wood:

    Please be advised we have been retained by the defendant's family to represent him in the above-captioned action. By copy of this letter we are advising all parties to this action. We will be filing an electronic notice of appearance separately.

    We respectfully request that this Court permit us to substitute as counsel.

                                              Respectfully,
                                              Jorge Guttlein & Associates

                                  By: _____
                                             Jorge Guttlein, Esq.

JG/ec

Cc: **BY ECF**
Daniel Scott Noble
Assistant District Attorney

Daniel DeMaria, Esq.
Merchant Law Group LLP
203 East Post Road
White Plains, NY 10601