

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 6, 2014

**BY ECF & FACSIMILE (212-805-7900)**
The Honorable Kimba Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>United States</u> v. <u>Samy Batista</u>, 14 Cr. 005 (KMW)

Dear Judge Wood:

      The Government, with consent of defense counsel, writes respectfully to request a brief adjournment of the date by which the parties must file the Requests to Charge and Voir Dire in connection with the April 21, 2014 trial in the above-referenced case. The current deadline is April 7, 2014.

      The reason for the request adjournment is that the defendant is scheduled to plead guilty pursuant to a plea agreement on Monday, April 7, 2014, at 10:30 a.m. As Your Honor is aware, the plea has been referred to Magistrate Court. The requested adjournment will provide time for the defendant to enter his guilty plea, for the parties to submit the transcript of the plea allocution to the Court, and for Your Honor to consider whether to accept the guilty plea.

      Accordingly, the parties request that the Court adjourn the deadline by which to file Requests to Charge and Voir Dire to Friday, April 11, 2014. The parties understand that the requested adjournment will not otherwise affect the April 21 trial date or other pre-trial deadlines set by the Court.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

By:   _____
      Daniel S. Noble
      Assistant United States Attorney
      (212) 637-2239

cc:    Jorge Guttlein, Esq. (via email)