USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/14



LAW OFFICES OF
*Jorge Guttlein & Associates, P.C.*

**MAIN OFFICE**
291 Broadway, Suite 1500
New York, NY 10007

**BRONX OFFICE**
349 East 149th Street, Suite 412
Bronx, NY 10451

Email: info@jorgeguttlein.com
Tel.: (212) 608-3188    Fax: (212) 385-0231

Jorge Guttlein, Esq
Erica Rodriguez, Esq
Karen Fernandez, Esq *
Juan Carlos Guttlein, Esq

*admitted in N.J. & PA

Julian Ant. Gallardo M **
Lawyers, Notaries & Consultants
(Of Counsel)
**admitted in Dominican Rep

Thomas E. Moseley, Esq ***
(Of Counsel)
***admitted in N.J. & N.Y

June 12, 2014

**BY ECF**
Honorable Kimba M. Wood
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **United States v. Samy Batista**
Docket No. 14 Cr. 005(KMW)

Dear Judge Wood:

We write this letter for the purpose of requesting a brief rescheduling of the sentencing in the above-captioned matter, currently scheduled for July 7th, 2014. We are presently in on-going negotiations with the government regarding the mitigation of the defendant's sentence. The government consents to this request for an adjournment.

Accordingly, we respectfully request at least a 90 day adjournment of the sentence to any date convenient to the Court and parties.

This is our first request for an extension, and we submit that none of the parties would be prejudiced by this request. We sincerely apologize to the Court for any inconvenience.

*[Handwritten endorsement:]* Sentencing is adjourned to Wednesday, October 15, 2014, at 10:30 a.m. Defendant's submission is due by October 1. Government response is due by October 8.

Respectfully Submitted,
Jorge Guttlein & Associates

By: /s/ Jorge Guttlein
Jorge Guttlein, Esq.

**SO ORDERED:** N.Y., N.Y.  6/16/14

*/s/ Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

JG/jcg

cc:   by ECF
      Daniel S. Noble, Esq., Assistant United States Attorney